[No. 3462–3–III.   Division Three.   December 16, 1982.]

*In the Matter of the Marriage of* NAOMI J. SAPP,
*Appellant, and* PAUL E. SAPP, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 248062, Philip J. Thompson, J., entered May 31, 1979. *Reversed* and *remanded* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 4945–7–II.   Division Two.   December 17, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. BECKY
ANN HALVORSON, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. C–932, Robert J. Doran, J., entered July 31, 1980. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Petrie, J.

[No. 5909–6–II.   Division Two.   December 17, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST
WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 59265, E. Albert Morrison, J., entered September 30, 1981. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.